MAY 18, 1956.

No. 818. TISHLER ET AL. v. ENGLANDER Co., INC. On petition for writ of certiorari to the Appellate Division of the Supreme Court of New York, Second Department. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Victor Rabinowitz* for petitioners. *James P. Durante* for respondent.

MAY 21, 1956.

No. 693. KRAUS v. CITY OF CLEVELAND ET AL. Appeal from the Supreme Court of Ohio. *Per Curiam:* The motion for leave to file brief of the Christian Science Board of Directors, as *amicus curiae,* is denied. The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. Appellant *pro se. Joseph H. Crowley* for appellees.

No. 694. SAXONY CONSTRUCTION Co. v. BOARD OF SUPERVISORS OF MARPLE TOWNSHIP. Appeal from the Court of Quarter Sessions of Delaware County, Pennsylvania. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Bruce H. Greenfield* for appellant. *Joseph D. Calhoun* for appellee.

No. 207, Misc. CHICK v. TEXAS. Appeal from the Court of Criminal Appeals of Texas. *Per Curiam:* The appeal is dismissed and the motion for leave to file petition for writ of habeas corpus is denied. Petitioner *pro se. John A. Wild,* Assistant Attorney General of Texas, for respondent.